UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ARMINIO,

                            Plaintiff,           21 Civ. 3033 (LGS)

          -against-                       ORDER

W.B. MASON CO., INC., et al.,

                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated May 28, 2021, required the parties to file a status letter on August 3, 2021, as outlined in Individual Rule IV.A.2;

       WHEREAS, the parties failed to submit the letter. It is hereby

       **ORDERED** that, by **August 9, 2021**, the parties shall file the status letter.

Dated: August 4, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE