```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Anthony Arminio,

                        Plaintiff,

-against-

W.B. Mason Co., Inc. et al.,

                        Defendants.

1:21-cv-03033 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. The parties' proposed deposition schedule (*see* Letter, ECF No. 42) is approved.

2. The deadline for the completion of fact discovery is extended until February 1, 2022 and the deadline for the completion of expert discovery is extended until March 31, 2022.

3. The parties shall file a joint status report on February 4, 2022.

**SO ORDERED.**

Dated:     New York, New York
            November 18, 2021

_____
STEWART D. AARON
United States Magistrate Judge